**SO ORDERED.**

**SIGNED this 10 day of October, 2019.**



_James P. Smith_

**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| MARGO ANGELA JIMENEZ, | : | Case No. 19-30018-JPS |
| Debtor | : | |
| | : | |
| FIDELITY BANK, | : | |
| Plaintiff | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 19-3009, 19-3015 and 19-3016 |
| | : | (Consolidated) |
| MARGO ANGELA JIMENEZ, et al, | : | |
| Defendants | : | |

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTIONS TO DISMISS**

Defendants filed motions to dismiss, brought under Federal Rule of Civil Procedure 12(b)(6) and made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7012, in each of these consolidated adversary proceedings.

For the reasons stated in the accompanying memorandum opinion, the Court grants the motions with respect to Counts One and Two in the Amended Complaints and denies Defendants' motions as to Count Three. Defendants need not respond to allegations with regard

to Counts One and Two in the Amended Complaints but must file an appropriate answer responding to the general allegations in Count Three of the Amended Complaints within fourteen (14) days of this order.

*END OF ORDER*