**SO ORDERED.**

**SIGNED this 12 day of November, 2019.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| MARGO ANGELA JIMENEZ, | : | Case No. 19-30018-JPS |
| Debtor | : | |
| | : | |
| FIDELITY BANK, | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | Adversary Proceeding |
| MARGO ANGELA JIMENEZ, et al. | : | No. 19-3009, 19-3015 and 19-3016 |
| Defendants | : | (Consolidated) |

**ORDER SCHEDULING STATUS CONFERENCE**

A status conference is hereby scheduled in this case for the **10th** day of **February 2020**, at **2:30 p.m.** in the United States Bankruptcy Court, Courtroom A, 433 Cherry Street, Macon, Georgia; said status conference is to be conducted **via conference call and counsel should contact Ms. Rhonda Thomas at 478-749-6813 no later than 2 business days prior to said status conference to make necessary arrangements.**

* END OF DOCUMENT *